Buford *v.* Ganson.—In error.

THE surety in a bond for the prison limits cannot surrender his principal, who had escaped, in discharge of the condition of the bond.

*Thursday,*
*June 17.*

There were in this case several issues on pleas in bar of the whole cause of action. One of the issues being on *nul tiel record* was for the Court, the others were for a jury to try. *Held,* that the plaintiff could not have final judgment until the issue on *nul tiel record,* as well as the others, had been found in his favour. *Barker v. M'Clure,* 2 Blackf. 14.